THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANKERS' TRUST COMPANY, Appellant, *v.* MARTIN H. GLYNN, as Comptroller of the State of New York, Respondent.

*People ex rel. Bankers' Trust Co.* v. *Glynn*, 134 App. Div. 987, affirmed. (Argued February 9, 1910; decided March 1, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 12, 1909, which confirmed a determination of the defendant in assessing a franchise tax against the relator.

*J. Du Pratt White* for appellant.

*Edward R. O'Malley, Attorney-General* (*Edward II. Letchworth* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.